Mark L. Eisenhut
Scott P. Shaw
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000
Fax: (949) 717-3100
meisenhut@calljensen.com
sshaw@calljensen.com
Attorneys for Defendants

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| FERNANDO GONZALEZ, an individual, | Case No.  CV09-03784 GW (AGRx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| NEWPORT EXCHANGE HOLDINGS, INC. dba ONLINE TRADING ACADEMY, a California Corporation, OTA FRANCHISE CORPORATION, a Nevada Corporation, EYAL SHAHAR, an individual and MICHAEL McMAHON, an individual, and DOES 1 to 10, inclusive, | |
| Defendants. | |
| | Complaint Filed: May 28, 2009<br>Trial Date:      None Set |

ONL01-02:LA09CV03784GW-judgment.doc:1-14-11           - 1 -
JUDGMENT

Pursuant to the Arbitrator's Final Award dated December 17, 2010 and Defendant's Notice of Award,

**IT IS HEREBY ORDERED** as follows:

1. Judgment shall be entered for Defendants NEWPORT EXCHANGE HOLDINGS, INC. dba ONLINE TRADING ACADEMY, OTA FRANCHISE CORPORATION, EYAL SHAHAR, and MICHAEL McMAHON, and against Plaintiff FERNANDO GONZALEZ;

2. Plaintiff shall take nothing by his Complaint;

3. Defendants are the prevailing parties;

4. $430,437.92 shall be payable by Plaintiff FERNANDO GONZALEZ to Defendant NEWPORT EXCHANGE HOLDINGS, INC. for fees and costs;

5. The arbitration award, and this judgment, are in full settlement of all claims and counterclaims.

**IT IS SO ORDERED**

Date: January 13, 2011

_____
JUDGE OF THE DISTRICT COURT